STATE OF NEBRASKA, EX REL. WILLIAM M. CLARK & COMPANY, v. SCHOOL DISTRICT No. 24, CHASE COUNTY, NEBRASKA, ET AL.

FILED NOVEMBER 8, 1893.   No. 5481.

Mandamus: FORUM OF JURISDICTION. This proceeding being simply one for the collection of a debt, of which the district court of Chase county has ample jurisdiction, a writ of *mandamus* is denied, and the action dismissed. *State, ex rel. Herpolsheimer, v. Lincoln Gas Co.*, 38 Neb., 33, followed.

ORIGINAL application for *mandamus*.

*Samuel J. Tuttle,* for relator.

RYAN, C.

This is an original application for a *mandamus* brought against school district No. 24 of Chase county, Nebraska, and its treasurer, H. H. Waggener. The petition alleges the existence of an indebtedness on various accounts on the part of said school district, and that the several evidences of indebtedness have been duly assigned to the relator, and that the school district refuses to pay the same. The

prayer is that a writ of *mandamus* issue commanding the treasurer to pay the said orders, and that if it be shown by the answer and return of said treasurer and by proof that there are no funds in his hands for the payment of the same, said school district be compelled by *mandamus* to levy and collect a sufficient amount of taxes to pay said orders.

This petition was filed June 30, 1892; and it is probable that the present status of affairs in that school district would require in this petition an amendment for the purpose 'of submitting the case properly. There has been no brief served or filed, so far as the record shows, and no answer made. In view of these facts, and the further fact that this *mandamus* proceeding is brought simply for the collection of a debt due from the school district to private individuals, we are compelled to follow the rule laid down in *State, ex rel. Herpolsheimer, v. Lincoln Gas Co.,* 38 Neb., 33. The application is therefore dismissed without prejudice.

DISMISSED.